IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN DOE, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. |
| v. : | 1:19-cv-3158-AT |
| : | |
| DELTA AIRLINES, INC., : | |
| : | |
| Defendant. : | |
| : | |

## **ORDER**

Defendant has advised the Court that a settlement has been reached and that formal documentation will soon be completed [Doc. 44].

Accordingly, Defendant's Motion for Summary Judgment is **DENIED AS MOOT** [Doc. 34].

As no matters remain pending before this court, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE**[1] this action. The parties are directed to file a joint stipulation of dismissal, that complies with FRCP 41(a)(1)(A)(ii), within

---

[1] Administrative closure of a case is a docket control device used by the Court for statistical purposes. This order does not prejudice the rights of the parties to litigation in any manner.

FORTY-FIVE (45) DAYS of the entry date of this Order.  In the event that settlement is not consummated by that time, Plaintiff may move to reopen this action.

It is so **ORDERED** this 8th day of December, 2021.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**